UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRONIESHA ALEXANDER,<br><br>    Plaintiff,<br>v.<br><br>HOUSING AUTHORITY OF NEW ORLEANS,<br><br>    Defendant. | CIVIL ACTION<br><br>Docket No. 2:25-cv-000066<br><br>District Judge:<br>BRANDON LONG<br><br>Magistrate Judge:<br>KAREN WELLS ROBY |

## MOTION AND INCORPORATED MEMORANDUM TO ENROLL AS COUNSEL OF RECORD

Plaintiff Byroniesha Alexander respectfully moves that David Williams, who is employed with her current counsel at Southeast Louisiana Legal Services, be enrolled as counsel for the Plaintiff in this action. His current contact information is as follows:

**David Holman Williams, Louisiana Bar No. 17867**
1340 Poydras Street, Suite 600
New Orleans, Louisiana 70112-2401
Telephone: (504) 529-1063
dwilliams@slls.org

His enrollment will facilitate, rather than delay, progress in the case. The case was removed from state court on January 8. Ms. Alexander's current counsel from Southeast Louisiana Legal Services is not admitted to the Eastern District. David Williams is admitted and experienced in federal procedure, such as the issues raised by the removal of this case. Plaintiff's current counsel, Jack Muse, consent to his enrollment.

Respectfully submitted,

SOUTHEAST LOUISIANA LEGAL SERVICES

By: /s/ *David H Williams*
David H. Williams, Bar No. 17867

1

1340 Poydras St., Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1063
dwilliams@slls.org

**Attorneys for Plaintiff**

### Certificate of Service

I hereby certify that on this 8th day of January, 2025, I electronically filed this Motion using the Court's CM/ECF system, which will automatically send Notice of Electronic Filing to all counsel of record. There are no unrepresented parties in the case.

/s/ *David H Williams*