# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRONIESHA ALEXANDER, | ) CIVIL ACTION |
| | ) |
| Plaintiff, | ) Docket No.    2:25-cv-000066 |
| v. | ) |
| | ) District Judge: |
| HOUSING AUTHORITY OF NEW ORLEANS, | ) BRANDON LONG |
| | ) |
| | ) Magistrate Judge: |
| Defendant. | ) KAREN WELLS ROBY |

## NOTICE OF RELATED CASES

Plaintiff Byroniesha Alexander files this Notice of Related Cases pursuant to Local Rule 3.1.

The Plaintiff Ms. Alexander filed a Petition in state court against the Defendant Housing Authority of New Orleans (HANO), which has today removed Ms. Alexander's lawsuit to this Court, where it was given Civil Action No. 25-cv-000066 and assigned to Section O.

The lawsuit involves the same procedural issues and similar issues on the merits as two other suits currently pending in the District. In all three suits the Plaintiffs'' federally funded Seciton 8 housing assistance was being terminated by HANO because a tax preparer incorrectly reported income they did not earn on their federal tax returns. As a result HANO issued decisions to terminate them from Seciton 8 assistance based on a conclusion that they had improperly under-reported income to the Housing Authority. In

each case the Plaintiff has taken steps to amend their federal tax return, but HANO has not relented in its conclusion that they under-reported income to HANO.

Each case also presents identical procedural issues:

1) whether there is federal jurisdiction over the removed case, since the Causes of Action asserted by Plaintiffs allege a state court right to judicial review rather than a federal claim, and

2) Whether the claims set out in the petitions state a claim.

The first issue has already been addressed by one Seciton of the Court, which remanded the case to state court for lack of federal jurisdiction. *Current v. Hous. Auth. of New Orleans*, 24-1883, 2024 WL 5041175 (E.D. La. Dec. 9, 2024) (Vance, J). (The *Current* case posed additional issues as well as the tax-reporting issue.)

The cases currently posing the same three issue identified above (federal removal jurisdiction, no cause of action, and tax-reporting issue) are:

> *Iesha Martin v. Housing Authority of New Orleans*, filed July 3, 2024 and removed to this Court July 29, 2024 under Civil Action No. 2:24-cv-1884. The remand and 12(b)(6) issues have been briefed.

> *Keishanna George v. Housing Authority of New Orleans*, filed November 27, 2024 and removed to this Court December 11, 2024 under Civil Action No. 2:24-cv-2854. Remand and 12(b)(6) motions have been filed in the case but only partially briefed.

Both of these pending cases are in Section H.

The cases all involve a public entity, HANO, and a non-profit organization, Southeast Louisiana Legal Services. If the cases were all in the same Section, conceivably the consumption of public resources through repetitive briefing could be minimized.

Respectfully submitted,

SOUTHEAST LOUISIANA LEGAL SERVICES

By: /s/ David H. Williams
David H. Williams, Bar No. 17867
1340 Poydras St., Suite 600
New Orleans, Louisiana 70112
Telephone: (504) 529-1063
dwilliams@slls.org

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 8, 2025 a copy of the foregoing document was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of this Court's electronic filing system.

    There are no parties not participating in ECF.

    /s/ David H. Williams