## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRONIESHA ALEXANDER,** | **CIVIL ACTION NO. 2:25-cv-00066** |
| **Plaintiff** | |
| | **SECTION O** |
| **VERSUS** | **JUDGE BRANDON S. LONG** |
| **HOUSING AUTHORITY OF NEW ORLEANS,** | **SECTION 4** |
| | **MAGISTRATE JUDGE KAREN WELLS ROBY** |
| **Defendant** | |

### EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Defendant Housing Authority of New Orleans ("HANO"), through undersigned counsel and without waiving any defenses or objections including but not limited to the sufficiency of service of process and venue, respectfully moves under Local Rule 7.8 for an Order granting HANO an extension of time through and including February 18, 2025, to file responsive pleadings to the Petition filed by Byroniesha Alexander ("Plaintiff"), representing as follows:

1.

HANO removed the above-captioned matter to this Court on January 8, 2025. Accordingly, pursuant to Federal Rule of Civil Procedure 81(c)(2)(B), HANO's deadline to file a responsive pleading would be January 28, 2025, which is the twenty-first day after being served with the Rule to Show Cause setting Plaintiff's Emergency Motion for Stay for hearing in the state court from which it was removed.

5737478v.1

2.

Pursuant to Local Rule 7.8, HANO seeks a 21-day extension of time through and including February 18, 2025, to file responsive pleadings to Plaintiff's Petition.

3.

HANO has not received a previous extension of time to plead, nor has Plaintiff filed an objection to such an extension into the record. Thus, HANO respectfully requests that in accordance with the local rule, the Court grant an extension of 21 days for HANO to file a responsive pleading, through and including February 18, 2025.

WHEREFORE, Defendant Housing Authority of New Orleans respectfully requests that this Court enter an Order granting HANO an extension of time through and including February 18, 2025, to file responsive pleadings in the above-captioned matter.

Respectfully submitted,

*/s/ Kathryn M. Knight*
Kathryn M. Knight, La. Bar Roll No. 28641
Rachel W. Wisdom, La. Bar Roll No. 21167
Katelyn N. McGibney, La. Bar Roll No. 39979
STONE PIGMAN WALTHER WITTMANN, LLC
909 Poydras Street, Suite 3150
New Orleans, Louisiana  70112
Telephone:  (504) 581-3200
Facsimile: (504) 581-3361
Emails: kknight@stonepigman.com
rwisdom@stonepigman.com
kmcgibney@stonepigman.com

*Attorneys for Housing Authority of New Orleans*