**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BYRONIESHA ALEXANDER,**<br><br>    Plaintiff<br><br>**VERSUS**<br><br>**HOUSING AUTHORITY OF NEW ORLEANS,**<br><br>    Defendant | **CIVIL ACTION NO.  2:25-cv-00066**<br><br>**SECTION O**<br>**JUDGE BRANDON S. LONG**<br><br>**SECTION 4**<br>**MAGISTRATE JUDGE KAREN WELLS ROBY** |

**ORDER**

**CONSIDERING** the Motion for Extension of Time to File Responsive Pleadings (the "Motion") filed by Housing Authority of New Orleans ("HANO");

**IT IS ORDERED** that the Motion be and it hereby is **GRANTED;** and

**IT IS FURTHER ORDERED** that the deadline by which HANO must file an answer or other pleadings in response to Plaintiff's Petition is extended to February 18, 2025.

New Orleans, Louisiana, this _____ day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE

5737488v.1