UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BYRONIESHA ALEXANDER,**<br><br>    Plaintiff<br><br>**VERSUS**<br><br>**HOUSING AUTHORITY OF NEW ORLEANS,**<br><br>    Defendant | **CIVIL ACTION NO.  2:25-cv-00066**<br><br>**SECTION H**<br>**JUDGE JANE TRICHE MILAZZO**<br><br>**DIVISION 3**<br>**MAGISTRATE JUDGE EVA J. DOSSIER** |

**NOTICE OF COMPLIANCE**

In compliance with 28 U.S.C. § 1447(b), defendant Housing Authority of New Orleans ("HANO") respectfully submits:

(1) A list of all parties still remaining in the action:

Plaintiff:

    i.    **Byroniesha Alexander**

Defendant:

    i.    **Housing Authority of New Orleans**

(2) Copies of all pleadings filed by the parties in state court (consisting of Plaintiff's In Forma Pauperis Affidavit, Petition for Judicial Review of Housing Authority Decision to Terminate Housing Assistance, Emergency Motion for Stay of Housing Authority Decision Pending Judicial Review, and Notice of Filing of Notice of Removal with Exhibits), attached as Exhibit 1.

5744723v.1

(3) Copies of returns on service of process filed in the state court record are attached as Exhibit 2.

Dated: January 21, 2025

Respectfully submitted,

*/s/ Kathryn M. Knight*
Kathryn M. Knight, La. Bar No. 28641
Rachel W. Wisdom, La. Bar No. 21167
Katelyn N. McGibney, La. Bar No. 39979
Of
Stone Pigman Walther Wittmann L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: kknight@stonepigman.com
rwisdom@stonepigman.com
kmcgibney@stonepigman.com

*Attorneys for Housing Authority of New Orleans*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Compliance will be served on all counsel through the Court's CM/ECF system and by email on this 21st day of January, 2025.

*/s/ Kathryn M. Knight*
KATHRYN M. KNIGHT

5744723v.1