# Exhibit 2



# IN FORMA - PAUPERIS

## SHERIFF'S RETURN COVER LETTER
## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**Susan Hutson, SHERIFF ORLEANS PARISH**
421 Loyola Avenue, Suite 403 Civil Courts Bldg, New Orleans, LA 70112
Phone: (504) 679-6380   FAX: (504) 525-4912
Web: http://OPSO.us   E-Mail: Info@opso.us

Case No.: 2024 - 11594    Division: I

Byroniesha Alexander
versus
Housing Authority of New Orleans

| | |
|---|---|
| PARTY TO BE SERVED: | Housing Authority of New Orleans |
| THROUGH: | Tiffany Boveland, Esq. |
| ADDRESS: | 4100 Touro St. |
| SUITE/ROOM: | |
| CITY: | New Orleans, LA 70122 |
| SPECIAL SERVICE INSTRUCTIONS: | |
| DOCUMENT TYPE: | |
| FILED BY ATTORNEY: | Jack Muse         BAR NO. 36237 |
| DATE OF FILING: | 12/23/24 |
| ATTACHMENTS/EXHIBITS: | |

### RETURN FOR PERSONAL SERVICE

(00) 2024-11594 - Service Date 1/7/2025 Time 9:37 AM
HOUSING AUTHORITY OF NEW ORLEANS THRU TIFFANY BOVELAND
Personal at 4100 TOURO ST NEW ORLEANS, LA 70122
Kaleenia Burras # 779,
Motion
Orleans
DEPUTY K BURRAS SERVED AT OFFICE.

Signature

Return same day

Deputy Sheriff of Orleans Parish

00 2024-11594 / 1 / 9302
00 / EN

Badge # 779

SERIAL NO.    DEPUTY

### DOMICILIARY SERVICE

On this_____day of_____20  served
a copy of the within _____
_____
on _____
_____
by leaving same at_____domicile or usual
place of abode _____
in the hand of _____
a person of suitable age and discretion, residing therein as a
member of_____domiciliary
establishment, whose name and other facts
connected with this service I learned by interrogating
the said _____
the said_____being
absent from_____domicile at time of said service.

Returned same day

_____
Deputy Sheriff of Orleans Parish



Served @ 9:37A
1-9-25

FILED
2025 JAN -8 AM 11: 29
CIVIL
DISTRICT COURT
CLERK

| | |
|---|---|
| **ATTORNEY'S NAME:** | Muse, Jack W 36237 |
| **AND ADDRESS:** | 2601 Tulane Ave Ste 700 , New Orleans, LA 70119 |

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2024-11594**      **DIVISION: I**      **SECTION: 05**

**ALEXANDER, BYRONIESHA**

Versus

**HOUSING AUTHORITY OF NEW ORLEANS**

### CITATION

**TO:**         HOUSING AUTHORITY OF NEW ORLEANS
**THROUGH:**    COUNSEL TIFFANY BOVELAND
                4100 TOURO STREET, NEW ORLEANS, LA 70122

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR JUDICIAL REVIEW OF HOUSING AUTHORITY DECISION TO TERMINATE HOUSING ASSISTANCE

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF**, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 8, 2025

Clerk's Office, Room 402                                 CHELSEY RICHARD NAPOLEON, Clerk of
Civil Courts Building                                    The Civil District Court
421 Loyola Avenue                                        for the Parish of Orleans
New Orleans, LA 70112                                    State of LA
                                                         by _____
                                                         Celeste Davis, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the within PETITION FOR JUDICIAL REVIEW OF HOUSING AUTHORITY DECISION TO TERMINATE HOUSING ASSISTANCE ON **HOUSING AUTHORITY OF NEW ORLEANS** THROUGH: **COUNSEL TIFFANY BOVELAND** Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ _____ / ENTERED /_____ _____/_____/_____ PAPER        RETURN _____/_____/_____ SERIAL NO.   DEPUTY      PARISH | On this _____ day of _____ _____ served a copy of the within PETITION FOR JUDICIAL REVIEW OF HOUSING AUTHORITY DECISION TO TERMINATE HOUSING ASSISTANCE ON **HOUSING AUTHORITY OF NEW ORLEANS** THROUGH: **COUNSEL TIFFANY BOVELAND** by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **HOUSING AUTHORITY OF NEW ORLEANS** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 11533683                                                Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

ATTORNEY'S NAME: Muse, Jack W 36237
AND ADDRESS: 2601 Tulane Ave Ste 700, New Orleans, LA 70119

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2024-11594          DIVISION: I          SECTION: 05

### ALEXANDER, BYRONIESHA

Versus

### HOUSING AUTHORITY OF NEW ORLEANS

## CITATION

TO: HOUSING AUTHORITY OF NEW ORLEANS
THROUGH: COUNSEL TIFFANY BOVELAND
4100 TOURO STREET, NEW ORLEANS, LA 70122

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR JUDICIAL REVIEW OF HOUSING AUTHORITY DECISION TO TERMINATE HOUSING ASSISTANCE

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA January 8, 2025

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by Celeste Davis
Celeste Davis, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within PETITION FOR JUDICIAL REVIEW OF HOUSING AUTHORITY DECISION TO TERMINATE HOUSING ASSISTANCE ON HOUSING AUTHORITY OF NEW ORLEANS THROUGH: COUNSEL TIFFANY BOVELAND Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER     RETURN _____ / _____ SERIAL NO.  DEPUTY  PARISH | On this _____ day of _____ served a copy of the within PETITION FOR JUDICIAL REVIEW OF HOUSING AUTHORITY DECISION TO TERMINATE HOUSING ASSISTANCE ON HOUSING AUTHORITY OF NEW ORLEANS THROUGH: COUNSEL TIFFANY BOVELAND by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said HOUSING AUTHORITY OF NEW ORLEANS being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 11533683          Page 1 of 2